AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Darin Keith MARTIN | ) | Case No. 2:21-mj 523 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7/30/21 in the county of Franklin in the Southern District of Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about July 30th, 2021, Darin Keith MARTIN did knowingly escape from the custody of the United Stated Bureau of Prisons in violation of 18 U.S.C. 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of Ohio.

☑ Continued on the attached sheet.

*Complainant's signature*

Craig S. Martin, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/4/21

*Judge's signature*

City and state: Columbus, Ohio Elizabeth Preston Deavers, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Craig S. Martin, being duly sworn, do hereby declare and state the following:

1) I am employed as Deputy United States Marshal and have been so employed for over 24 years. As a Deputy U.S. Marshal, I am authorized under 28 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all of its subsections.

2) I am the case agent for the criminal investigation of Darin Keith Martin, a person who, while in the custody of the United States Bureau of Prisons (BOP), did escape custody of the BOP in violation of 18 U.S.C. § 751(a). This affidavit is based upon my examination of various official documents (including from the BOP, the United States Marshals Service, and the Clerk of Courts for the Southern District of Ohio) and information I have learned from other law enforcement officers. When the contents of documents or statements of others are reported herein, they are reported in substance and part unless otherwise indicated. I have not included in this affidavit all information known by me relating to the investigation. I have set forth facts to establish probable cause for a criminal complaint and arrest warrant for Darin Keith Martin. I have not withheld any evidence or information which would negate probable cause

3) On or about November 3, 2017, Martin was sentenced by United States District Judge Susan Dlott to 60 months of incarceration in the BOP following a conviction for Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c). Judgment was issued on or about November 17, 2017. (Southern District of Ohio, Case No. 1:16-CR-095.).

4) On or about November 3, 2017, Martin was sentenced by United States District Judge Susan Dlott to ten months of incarceration in the BOP for violations of supervised release. This sentence was to run consecutively to the sentence imposed in Case No. 1:16-CR-095, for a total sentence of 70 months of incarceration. Judgment was issued on or about November 17, 2017. (Southern District of Ohio, Case No. 1:02-CR-105.)

5) On or about November 30, 2017, Martin was released to the custody of the BOP and incarcerated at FMC Lexington.

6) On or about December 1, 2020, Martin was transferred from FCI Ashland to the Alvis House for Men, located at 1755 Alum Creek Drive, Columbus, Ohio, where he was to remain in the custody of the BOP until his projected release date of September 1, 2021. The Alvis House is a Halfway House in the Southern District of Ohio and a facility approved by the BOP for transitioning federal inmates. When an inmate is serving part of his sentence at the Alvis House, he remains in BOP custody.

7) On or about July 30, 2021, at approximately 11:46 pm, Martin left the Alvis House without authorization. The staff at the Alvis House spoke to Martin on the phone, but he refused to return.

8) On or about July 31, 2021, at approximately 12:00 am, the BOP placed Martin on escape status.

9) As of August 2, 2021, Martin has not returned to the Alvis House and his whereabouts are unknown.

10) Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe that Darin Keith Martin did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. § 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

_____
Craig S. Martin
Deputy U.S. Marshal

Sworn before me and subscribed in my presence the \_\_4th\_\_ day of August 2021, at Columbus, Ohio.

_____
Elizabeth Preston Deavers
United States Magistrate Judge